IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CR3012 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY JOHN KUKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to extend self-surrender date (filing no. 56) is granted.

(2) The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to Tuesday, May 15, 2018, at or before 2:00 p.m.

(3) The Clerk of Court shall provide a copy of this order to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(4) If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than May 15, 2018. And, the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

DATED this 20th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge